AO 257 (Rev 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT || Name of District Court, and/or Judge/Magistrate, Location (City)<br>Southern District of Texas<br>Ronald G. Morgan, U.S. Magistrate Judge<br>Brownsville, Texas<br>**B16MJ126-2** |
| OFFENSE CHARGED<br>Knowingly and intentionally import and possess with intent to distribute 22.32 kilograms of marijuana.<br><br>☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☒ Felony || United States District Court<br>Southern District of Texas<br>FILED<br>JAN 3 0 2016<br>David J. Bradley, Clerk of Court |
| ||| DEFENDANT - U.S. vs.<br>* Maria Dolores GARCIA |
| Place of offense<br>Brownsville, Texas | U.S.C. Citation<br>21, USC, 841 and 846 | Address |
| | | Birth date<br>(Optional unless a juvenile)   ☐ Male  ☒ Female   ☐ Alien (if applicable) |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Homeland Security Investigations
Special Agent Refugio Hernandez

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. Att'y  ☐ Defense         SHOW DOCKET NO.

☐ this prosecution relates to a pending cause involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under      MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   Refugio Hernandez
HSI Special Agent
☐ U.S. Att'y  ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding
  If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction            ☒ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No   If "Yes" give date filed _____

|  | Mo | Day | Year |
|---|---|---|---|
| DATE OF ARREST | 01 | 29 | 2016 |

Or... if Arresting Agency & Warrant were not Federal

|  | Mo. | Day | Year |
|---|---|---|---|
| DATE TRANSFERRED TO U.S. CUSTODY | | | |

☐ This report amends AO 257 previously submitted

---
ADDITIONAL INFORMATION OR COMMENTS