UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 3 2016

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs | § | CRIMINAL NO. B-16-124 |
| MADELEY GARCIA-NUNEZ<br>MARIA DOLORES GARCIA | § | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

On or about January 29, 2016, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**MADELEY GARCIA-NUNEZ,**
**and**
**MARIA DOLORES GARCIA,**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity less than fifty (50) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(D).

## COUNT TWO

On or about January 29, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**MADELEY GARCIA-NUNEZ,**
**and**
**MARIA DOLORES GARCIA,**

did knowingly and intentionally possess with intent to distribute a quantity less than fifty (50) kilograms, that is, approximately 22.32 kilograms (49.23 pounds) of marihuana, a Schedule I

controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

### COUNT THREE

On or about January 29, 2016, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**MADELEY GARCIA-NUNEZ,**
and
**MARIA DOLORES GARCIA,**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to import a controlled substance into the United States of America from a place outside thereof, that is, from the country of Mexico, a quantity less than fifty (50) kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1).

### COUNT FOUR

On or about January 29, 2016 in the Southern District of Texas, and within the jurisdiction of the Court, Defendants,

**MADELEY GARCIA-NUNEZ,**
and
**MARIA DOLORES GARCIA,**

did knowingly and intentionally import a controlled substance into the United States of America from a place outside thereof, that is, from the country of Mexico, in that they did import into the United States a quantity less than fifty (50) kilograms, that is, approximately 22.32 kilograms (49.23 pounds) of marijuana, a Schedule I, controlled substance.

In violation of Title 21, United States Code, Sections 952(a) and 960(b)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
JASON CORLEY
Assistant United States Attorney